Case 1:08-cv-04236   Document 4   Filed 07/25/2008   Page 1 of 1

FILED: JULY 25, 2008
08CV4236
JUDGE PALLMEYER
MAGISTRATE JUDGE SCHENKIER
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Trustees of the Chicago Painters and Decorators Fringe Pension Welfare, Savings, Apprenticeship, Scholarship and Joint Cooperation Trust Funds, Plaintiff, V. Tony Caratachea, Individually and d/b/a True Wall Company, Inc., a/k/a True Wall Corp., Inc., a dissolved Illinois corporation, Defendants, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |
|---|
| DONALD D. SCHWARTZ |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Donald D. Schwartz |

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03124459 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? |
|---|
| YES ☑   NO ☐ |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? |
|---|
| YES ☐   NO ☑ |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? |
|---|
| YES ☑   NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? |
|---|
| YES ☑   NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |