## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4236

Assigned/Issued By: eda

Judge Name: PALLMEYER

Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

**Amount Due:** [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00   Receipt #: 2967601

Date Payment Rec'd: 7/25/08   Fiscal Clerk: _____

---

### ISSUANCES

[✓] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                     (Victim, Against and $ Amount)
[ ] Citation to Discover Assets      [ ] Other
[ ] Writ _____
     (Type of Writ)                       (Type of issuance)

1  Original and  0  copies on  7/25/08  as to  Tony Caratachea
                              (Date)