# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees Of The Chicago Painters and Decorators
Pension Welfare Savings Apprenticeship Scholarship
and Joint Cooperation Trust Funds

|  | Plaintiff, |  |
|---|---|---|
| v. |  | Case No.: |
|  |  | 1:08−cv−04236 |
|  |  | Honorable Rebecca |
|  |  | R. Pallmeyer |
| Tony Caratachea |  |  |
|  | Defendant. |  |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

> MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing set for 9/30/2008 at 09:00 AM, courtroom 2119. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.