## United States District Court for the Northern District of Illinois

Case Number: `08cv4236`   Assigned/Issued By: `j. n.`

Judge Name:   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
　　　　　　　☐ IFP   ☐ No Fee   ☐ Other _____
　　　　　　　☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons   ☑ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

　　　　　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
　　　　(Type of Writ)

`1` Original and `0` copies on `7-30-08` as to `tony caratachea`
　　　　　　　　　　　　　(Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05